# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Reyes Carmona,<br><br>　　　　Petitioner,<br><br>v.<br><br>Pam Bondi, et al.,<br><br>　　　　Respondents. | No. CV-25-00110-TUC-JGZ (JR)<br><br>**ORDER** |

In light of the Government's Response (Doc. 8) suggesting that this Court lacks subject matter jurisdiction to consider Petitioner's claims, and having reviewed the authority cited therein,

**IT IS ORDERED** that the hearing set for Monday, March 24, 2025, at 9:30am is **vacated**. The Court will issue its ruling on the Petition and Motion for Preliminary Injunction after considering Petitioner's Reply, which is due Friday, March 21, 2025.

Dated this 20th day of March, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge